THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN MCCUTCHEON, Appellant.

Ordered that the sentences are affirmed *(see, People v Kazepis,* 101 AD2d 816; *People v Martin,* 132 AD2d 626; *cf.,* Penal Law § 60.35 [2]). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.